**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Ralph HENDERSHOT,
III, Defendant–Appellant.**

No. 08–30002.

United States Court of Appeals,
Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

MEMORANDUM **

James Ralph Hendershot, III appeals from his 16–month sentence of imprisonment and three-year term of supervised release imposed following his jury-trial conviction for social security fraud in violation of 42 U.S.C. § 408(a)(4) and theft of federal government money in violation of

18 U.S.C. § 641. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Contrary to Hendershot's contention, the imposition of his term of supervised release does not violate the terms of U.S.S.G. § 5C1.1(d).

We also reject Hendershot's contention that his term of supervised release was not authorized by statute. See 18 U.S.C. § 3583(a) ("The court . . . may include as a part of the sentence . . . a term of supervised release after imprisonment"); see also 18 U.S.C. § 3583(b) (for a Class C or Class D felony, not more than three years of supervised release may be imposed).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

